# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Keith Mauldin,<br><br>*Plaintiffs*<br><br>v.<br><br>Leggett & Platt, Inc.,<br>*Defendant,* | Civil Action No.  6:17-cv-02650-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Defendant's Motion for Judgment on the Record is **GRANTED** and Plaintiff's Motion for Judgment on the Record is **DENIED.**

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   January 31, 2019                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Ashley Buckingham
                                                                                            *Signature of Clerk or Deputy Clerk*